BANK OF AMERICA, N.A., Respondent, v SAMUEL L. GOWRIE et al., Appellants, et al., Defendants.

Submitted October 7, 2013; decided November 21, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.